## ARMSTRONG v. STATE.
No. 18924.

Court of Criminal Appeals of Texas.
Feb. 10, 1937.

Roy Anderson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft from the person is the offense; penalty assessed at confinement in the penitentiary for two years.

Appellant entered a plea of guilty to the offense charged. He waived a jury upon the trial. The record is before this court without statement of facts or bills of exception.

The judgment is affirmed.

## ARMSTRONG v. STATE.
No. 18925.

Court of Criminal Appeals of Texas.
Feb. 10, 1937.

Roy Anderson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for passing a forged instrument; penalty assessed at confinement in the penitentiary for two years.

Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The record is before us without statement of facts or bills of exception.

No error having been perceived, the judgment is affirmed.